RECEIVED
MAR 19 2019
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
ALEXANDRIA DIVISION

| | |
|---|---|
| REGINALD T. MORRIS,<br>Plaintiff | CASE NO. 1:18-CV-1322-P |
| VERSUS | JUDGE DEE D. DRELL |
| CONCORDIA PARISH<br>CORRECTIONAL FACILITY, ET AL.,<br>Defendants | MAGISTRATE JUDGE PEREZ-MONTES |

## JUDGMENT

For the reasons contained in the Report and Recommendation of the Magistrate Judge previously filed herein (Doc. 12), noting the absence of objections thereto, and concurring with the Magistrate Judge's findings under the applicable law;

IT IS ORDERED that the Complaint (Docs. 1, 10, 11) is DENIED and DISMISSED WITH PREJUDICE under §§ 1915(e)(2)(b) and 1915A.

The Clerk of Court is instructed to send a copy of this Judgment to the keeper of the three strikes list in Tyler, Texas.

THUS DONE AND SIGNED at Alexandria, Louisiana, this 18th day of ___MARCH___, 2019.

DEE D. DRELL
UNITED STATES DISTRICT JUDGE